**FAN DISC CORPORATION,**
**Plaintiff–Appellant,**

v.

**THE MASTER PRODUCTS CO.,**
**Defendant–Appellee.**

No. 03–1422.

United States Court of Appeals,
Federal Circuit.

Aug. 5, 2003.

ORDER

Upon consideration of the parties stipulation of dismissal, the appeal is hereby REACTIVATED.

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b). Each party shall bear its own costs.

**Curt McDONNELL, Plaintiff–**
**Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5117.

United States Court of Appeals,
Federal Circuit.

Aug. 6, 2003.

ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Rudine L. JONES, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 01–7003.

United States Court of Appeals,
Federal Circuit.

Aug. 7, 2003.

ON MOTION

*ORDER*

Upon consideration of Rudine L. Jones' unopposed motion to dismiss 01–7003,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.